UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

    Plaintiff,

  v.

JUDGE JEFFREY HORNER,

    Defendant.

Case No. 16-cv-01179-VC   (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiff Steven Wayne Bonilla is a state prisoner who filed this *pro se* complaint against Superior Court Judge Jeffrey Horner challenging the validity of a state court criminal judgment. Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

    The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, he may not proceed *in forma pauperis*. Furthermore, even if he pays the filing fee he may not proceed because, even liberally construed, the allegations do not state a claim for which relief may be granted and amendment would be futile. *See* 28 U.S.C. § 1915A(a). Moreover, this lawsuit is barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). Accordingly, the case is dismissed with prejudice.

    The clerk shall enter a separate judgment and close the file.

    **IT IS SO ORDERED**.

Dated: March 16, 2016

VINCE CHHABRIA
United States District Judge